# UNITED STATES DISTRICT COURT
for the
Southern District of California

**FILED**
NOV - 5 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America )
v. )
)
MARK RAYMOND PHELPS (01) )
)
*(Name of Defendant)* )
)
)

**Amened Judgment in a Criminal Case**
(For Offenses Committed Prior to November 1, 1987)

Case No.   87CR0866-DMS

N/A

Defendant's Attorney

## THE DEFENDANT:

☑ Correction of Sentence on Remand; Previously Imposed Sentence is Hereby Set Aside and Vacated)

☑ was found guilty on count(s) 1, 2, 4 and 6 of the Superseding Indictment
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846, 841(a)(1) | Conspiracy to Manufacture and Possess Methamphetamine with Intent to Distribute | 08/01/1987 | 1s |
| 21 USC 841(a)(1) and 18 USC 2 | Manufacture of Methamphetamine | 06/10/1987 | 2s |
| 18 USC 371, 26 USC 5861(e) and 5871 | Conspiracy to Illegally Transfer a Machinegun | 08/01/1987 | 4s |
| 26 USC 5861(d) and 5871, 18 USC 2 | Possession of an Unregistered Firearm | 07/31/1987 | 6s |

☑ Count 5s is dismissed following remand from Ninth Circuit Court of Appeals.

☑ Count(s) 8 and underlying Indictment ☐ (is) ☑ (are) dismissed on the motion of the United States.

## IT IS THE JUDGMENT OF THIS COURT THAT:

Defendant is committed to the custody of the Attorney General or his authorized representative for imprisonment for a term of TWENTY (20) YEARS as follows: TWENTY (20) YEARS as to each of Counts 1s and 2s, to run concurrently; TEN (10) YEARS as to each of Counts 4s and 6s, to run concurrently, and concurrent to Counts 1s and 2s.

///
///

✓ IT IS FURTHER ORDERED that the defendant shall pay a special assessment of $ 200.00 , for count(s) 1-2s, 4s, 6s , which shall be due ☑ immediately ☐ as follows:

As to each of Counts 1s, 2s, 4s, 6s the defendant shall pay an assessment in the amount of $50, for a total of $200.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

☐ The court orders commitment to the custody of the Attorney General and recommends:

Last Four Digits of Defendant's Soc. Sec. _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:

August 8, 1988  
Date of Imposition of Sentence

*[Signature]*  
Signature of Judge

DANA M. SABRAW    U. S. District Judge  
Name and Title of Judge

November 5, 2018  
Date

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____  
with a certified copy of this judgment.

_____  
United States Marshal

By _____  
Deputy Marshal